[No. 30848-7-II. Division Two. October 26, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO ALBERTO HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-02041-1, James R. Orlando, J., entered September 9, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.

[No. 30998-0-II. Division Two. October 26, 2004.]

CHERYL SHOWALTER, *Appellant*, v. WILD OATS, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-2-01778-1, John P. Wulle, J., entered October 17, 2003. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Hunt, JJ. Now published at 124 Wn. App. 506.

[No. 31051-1-II. Division Two. October 26, 2004.]

*In the Matter of the Marriage of* TIMOTHY R. ALLBEE, *Appellant*, and KAREN L. ALLRED, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-3-00898-1, Thomas J. Majhan, J., entered October 30, 2003. *Reversed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Van Deren, JJ.

[No. 31366-9-II. Division Two. October 26, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID JOHN VERNON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 03-1-00491-4, Richard L. Brosey, J., entered January 21, 2004. *Reversed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.